John L. Amsden, Esq. (Bar No. 1746)
BECK & AMSDEN, PLLC
1946 Stadium Drive, Suite 1
Bozeman, MT 59715
Tel:     (406) 586-8700
Fax:    (406) 586-8960
Email: amsden@becklawyers.com

*Special Litigation Counsel for*
*Chapter 7 Trustee Richard J. Samson*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE: | No. 12-61281-7 |
| VANN'S INC., a Montana Corporation, | |
| Debtor. | |

### NOTICE OF SETTLEMENT

The undersigned hereby gives notice to the Court that this matter has been resolved. Settlement documents will come in due course. The Settlement Term Sheet is attached hereto as Exhibit 1.

DATED, this 19th day of December 2014.

                        BECK & AMSDEN, pllc

            By:    /s/ John L. Amsden
                   1946 Stadium Drive
                   Bozeman, MT 59715
                   *Special Litigation Counsel for*
                   *Chapter 7 Trustee Richard J. Samson*

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that on December 19, 2014, or as soon as possible thereafter, copies of the foregoing document were served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users: None.

BECK & AMSDEN, pllc

By: /s/ Natalie F. Phillips
1946 Stadium Drive
Bozeman, MT 59715